IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 NOV -7  P 2: 50
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

EDDIE D. COOK,            )
                          )
        Plaintiff,        )
                          )
v.                        )   CASE NO.: 2:06-CV-1004-ID
                          )
ELI LILLY AND COMPANY et al., )
                          )
        Defendants.       )
                          )

## DEFENDANT ELI LILLY AND COMPANY'S CORPORATE DISCLOSURE STATEMENT

Defendant Eli Lilly and Company, pursuant to Rule 7.1, hereby states that it does not have a parent corporation and that there are no publicly held corporations that own 10% or more of its stock.

_____
James C. Barton, Jr.
Bar Number: ASB-0237-B51J
Email: jbartonjr@jbpp.com

Alan D. Mathis
Bar Number: ASB-8922-A59M
Email: adm@jbpp.com

Attorneys for defendant
Eli Lilly and Company

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by first class mail, postage prepaid, on this 7th day of November 2006 upon the following:

    Joseph L. Tucker, Esq.
    JACKSON & TUCKER, P.C.
    Black Diamond Building
    2229 First Avenue North
    Birmingham, Alabama 35203

    David P. Matthews, Esq.
    Julie L. Rhoades, Esq.
    ABRAHAM, WATKINS, NICHOLS
    SORRELS, MATTHEWS & FRIEND
    800 Commerce Street
    Houston, Texas 77002

_/s/ Alan D. Mathis_
Of Counsel

W0580143.DOC